UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                          :     CASE NO 04-16190
                                                      CHAPTER 13

DAVID B. FUHRMAN
KATHRYN A. FUHRMAN                              :     JUDGE J. VINCENT AUG
        DEBTORS

                                                :     NOTICE OF TRANSMITTAL OF
                                                      UNCLAIMED FUNDS

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

<u>Check No.</u>             <u>Amount</u>
 916444                 $1.55


<u>Creditor(s)</u>
Bonded Collection Systems
P.O. Box 36155
Cincinnati, Ohio 45236


                        Respectfully submitted,


               /s/    <u>Margaret A. Burks, Esq.</u>
                    Margaret A. Burks, Esq.
                    Chapter 13 Trustee
                    Attorney No. OH 0030377

                    Francis J. DiCesare, Esq.
                    Staff Attorney
                    Attorney No. OH 0038798

                    Karolina F. Perr, Esq.
                    Staff Attorney
                    Attorney No. OH 0066193

                    600 Vine Street, Suite 2200
                    Cincinnati, OH 45202
                    (513) 621-4488
                    (513) 621 2643 (Facsimile)
                    mburks@cinn13.org - Correspondence only
                    fdicesare@cinn13.org
                    kperr@cinn13.org
                    cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, January 20, 2010.

    /s/    Margaret A. Burks, Esq.
           Margaret A. Burks, Esq.

Bonded Collection Systems
P.O. Box 36155
Cincinnati, Ohio 45236

Debtor(s) Counsel
KATHLEEN D MEZHER & ASSOCIATES
8075 BEECHMONT AVE
CINCINNATI, OH  45255

Debtor(s)
DAVID B. FUHRMAN
KATHRYN A. FUHRMAN
969 STATE ROUTE 28
LOT 48
MILFORD, OH  45150

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

Registry_Deposit_for_Creditor